# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146136

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                    SC: 146136
                                    COA: 309821

ANTHONY CRAIG WEST,
       Defendant-Appellant.
                                    Wayne CC: 09-010589-FC

_____/

      On order of the Court, the application for leave to appeal the September 19, 2012 order of the Court of Appeals is considered. We DIRECT former appellate counsel, Lawrence J. Bunting, to file a supplemental brief addressing the reason(s) for his failure to file in the trial court a timely motion to withdraw the defendant's plea, and/or his failure to file in the Court of Appeals, on direct review, a delayed application for leave to appeal within the deadlines set forth in MCR 7.205(F), despite being appointed as counsel on November 5, 2009, approximately two weeks after the defendant was sentenced. Counsel shall file the supplemental brief within 28 days of the date of this order.

      The application for leave to appeal remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013


                              Clerk

s0722